AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOHN O'SULLIVAN

## WARRANT FOR ARREST

CASE NUMBER: 00-6309-CR-SEITZ(S)(S)

TO:   The United States Marshal
and any Authorized United States Officer

FILED by INTAKE ___ D.C.
AUG 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest _____ JOHN O'SULLIVAN _____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)  RICO Conspiracy, Conspiracy to Make Extortionate Extensions of Credit, Conspiracy to Use Extortionate Means to Collect Extensions of Credit

in violation of Title __18__ United States Code, Section(s) __1962(d), 892(a), 894(a)(1)__

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention _Requested_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

8/14/01 - Fort Lauderdale, Florida
Date and Location

_[signature]_ Lurana S. Snow
by  UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

519/c

```
                          U.S. District Court
              FLS - Southern District of Florida FtLauderdale

                   CRIMINAL DOCKET FOR CASE #: 00-CR-6309

USA v. Raffa, et al.                                    Filed: 10/24/00
Assigned to: Patricia A. Seitz


Dkt # in other court: None

08/14/01   516         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   517         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   518         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   519         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   520         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/15/01   512         SEALED DOCUMENT (sp) [Entry date 08/16/01]

08/15/01   513         SEALED DOCUMENT (sp) [Entry date 08/16/01]

08/15/01   514         ORDER as to John Mamone denying [413-1] motion to alter
                       certain conditions of pretrial release as to John Mamone
                       (2) ( Signed by Magistrate Stephen T. Brown on 8/14/01)
                       [EOD Date: 8/16/01] CCAP (dg) [Entry date 08/16/01]

08/15/01   521         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/15/01   522         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/16/01   523         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   524         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   525         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   526         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   527         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   528         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   529         SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/20/01   515         NOTICE of filing letter regarding pending discovery issues
                       by Fred Morgenstern (dg) [Entry date 08/21/01]
```

Attached to D.E. # 519