## COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JOHN O'SULLIVAN (J) #55894-004     CASE NO: 00-6309-CR-SEITZ(s)(s)

AUSA: BRIAN McCORMICK/DIANA FERNANDEZ    ATTY: Ken Swartz

AGENT: Barfield    VIOL:

PROCEEDING: INQUIRY RE COUNSEL    RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no    COUNSEL APPOINTED:

BOND SET @:    To be cosigned by:

*FILED by ___ D.C. AUG 22 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*Oral entered temp appearance*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 8/24 | 2 pm | Judge / Missing | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 8/22/01    TIME: 11:00    FTL/LSS TAPE # 01 - 040    Begin: 1777    End: 1805