UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AUG 22 2001
CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF FLA FT. LAUD

| UNITED STATES OF AMERICA | CASE NO. |
| Plaintiff | 00- 6309- SEITZ |
| v. | REPORT COMMENCING CRIMINAL ACTION |
| John O'Sullivan Defendant | 55894-004 |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 08/21/2001   7:05 a.m
2. Spoken Language: ENGLISH
3. Offense(s) charged: T18 1962(a) / T18 842(a) / T18 894(a)(1)
4. U.S. Citizen   [✓] YES   [ ] NO   [ ] UNKNOWN
5. Date of birth: 08-19-62
6. Type of charging document: (Check One)
   [✓] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6309-SEITZ   CASE NO. _____
   DISTRICT: SDF   (Where warrant or complaint is filed.)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER:   [ ] YES   [ ] NO
   AMOUNT OF BOND: PTD
   WHO SET BOND: Snow

7. REMARKS: _____

8. DATE: 8/21/2001
9. SA NEIL L. MATHISON
   ARRESTING OFFICER
10. AGENCY: F.B.I.
11. 305-944-9101
    PHONE NO.