# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JOHN O'SULLIVAN (J)     CASE NO: 00-6309-CR-SEITZ (s)(s)

AUSA: BRIAN McCORMICK /Hernandez     ATTY: _____

AGENT: _____     VIOL: 18:892(a); 18:1962(d); 18:894(a)(1)

PROCEEDING: I/A ON SEALED INDICTMENT     RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no     COUNSEL APPOINTED: _____

BOND SET @: _____     To be cosigned by: _____

[FILED AUG 21 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. FLA. FT. LAUD]

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Ore tenus motion to Unseal - granted

Advised of charges

set for IRC in FTL

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 8/22 | 11 | Snow | |
| PTD/BOND HEARING: | 8/24 | 10 | Duty | Miami |
| PRELIM/ARRAIGN. OR REMOVAL: | 8/24 | 10 | Duty | Miami |
| STATUS CONFERENCE: | | | | |

DATE: 8/21/01    TIME: 11:00    FTL/LSS TAPE # 01 - 040    Begin: 576    End: 780

AUG 2 4 2001

Rec'd in MIA Dkt _____

552