UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, :

v. :   CASE NO. 00 - 6309-cr
                                            Seitz
John O'Sullivan :

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by _____ D.C.
AUG 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW Kenneth Swartz and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) Kenneth Swartz

Counsel's Signature _____

Address 100 N Biscayne Blvd  STe 2100
Miami FL         Zip Code: 33132

Telephone 305 579 9090

Fax 305 371 4380

AUG 2 4 2001

Rec'd in MIA Dkt _____