AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOHN O'SULLIVAN

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309-CR-SEITZ(S)(S)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHN O'SULLIVAN _____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO Conspiracy, Conspiracy to Make Extortionate Extensions of Credit, Conspiracy to Use Extortionate Means to Collect Extensions of Credit

in violation of Title 18 United States Code, Section(s) 1962(d), 892(a), 894(a)(1)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention Requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

8/14/01 - Fort Lauderdale, Florida
Date and Location

LURANA S. SNOW
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/14/01 | James A. Tassone, US Marshal S/District of FL | John Walker, ASDUSM |
| DATE OF ARREST 8/21/01 | | |