UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz(s)(s)

UNITED STATES OF AMERICA

vs.

John O'Sullivan

ORDER

THIS CAUSE came before the Court this date, and pursuant to proceedings held before the Duty Magistrate Judge, it is hereby

ORDERED and ADJUDGED as follows:

Upon request of the parties, and good cause having been shown, the _Pre-Trial Detention_ hearing is hereby re-set to _8/29/01_ at _10:00 A.M._ o'clock before the Duty Magistrate Judge.

DONE and ORDERED in Chambers, at Miami, Florida this _24_ day of _August_, 2001.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Tape No. 01C-_62-1540_
cc: AUSA _McCormick (Brian)_
    Defense counsel
    Pre-trial Services

Diana Fernandez, AUSA

Ken Swartz, Esq.