UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz(s)(s)

UNITED STATES OF AMERICA,
vs.

John O'Sullivan

**ORDER ON HEARING TO**
**REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

✓ The defendant requested further time to retain counsel, and shall appear before the Court on  8/31/01 at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date. + Arraignment Second Superseding

DONE AND ORDERED at Miami, Florida this 24 day of August, 2001.

TAPE NO.01C- 62-1540

c: AUSA McCormick
   Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal

Ken Swartz, Esq.

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER