UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6309-Cr-SEITZ/Garber(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN MAMONE, et. al.,

    Defendant.
_____/



### DEFENDANT JOHN O'SULLIVAN'S UNOPPOSED MOTION TO RESET DEFENDANT'S DETENTION HEARING

    The Defendant, John O'Sullivan, through counsel, respectfully moves to reset the defendant's detention hearing before the Duty Magistrate Judge from Wednesday, August 29, 2001, to Thursday, August 30, 2001, and in support thereof says as follows:

    1.    The detention hearing was moved to Wednesday, August 29, 2001, from Friday, August 24, 2001, at the defendant's request, when just prior to the Friday hearing the defendant was handed several hundred pages tape recording transcripts relating to the government's request for detention. The defendant had been prepared to proceed on Friday and had friends and family present in court. The co-defendants, John Mamone and David Bell, had their bond revocation hearings moved to Thursday, August 30, 2001.

    2.    The defendant requests that his detention hearing be reset to Thursday, August 30, 2001, which, as it turns out, will be a better date for the defendant's bond witnesses to return to court on the defendant's behalf. Moreover, the defendant anticipates that some of the issues that

may be raised in the defendant's detention hearing will overlap issues to be raised in the co-defendants' bond revocation hearing also set for August 30.

3. Assistant United States Attorney Brian McCormick, who one of the attorneys handling this matter for the government, has authorised counsel to advise the Court that the government does not oppose the motion herein.

Respectfully submitted,

LAW OFFICES OF KENNETH M. SWARTZ, P.A.
New World Tower, Suite 2100
100 N. Biscayne Boulevard
Miami Florida 33132-2306
Tel: 305-579-9090/Fax: 305-371-4380

KENNETH M. SWARTZ
Florida Bar no. 331929

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served via U.S. Mail upon Brian McCormick, Assistant United States Attorney, United States Attorney's Office, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Florida, 33394, Jeffrey M. Harris, Esq., Counsel for David Bell, One E. Broward Blvd., Suite 1500, Ft. Lauderdale, Florida 33301, and David Rothman, Esq., Counsel for John Mamone, 200 S. Biscayne Blvd., Suite 2690, Miami, Florida, this 27th day of August, 2001.

KENNETH M. SWARTZ