

```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          Case No. 00-6309-CR-PAS

     v.                           MIAMI, FLORIDA
                                  May 22, 2001
                                  VOLUME I
                                  PAGES 1 TO 35

JOHN MAMOME
FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
JULIUS BRUCE CHIUSANO
MICHAEL BUCCINNA
JEFFREY BASS
FREDERICK SCAROLA
GIUSEPPE BELLITTO
MARK CARATTINI
PAUL DE FILIPPI
ANSON KLINGER
JOSEPH SPITALERI
CHARLES CLAY
PEGGY PRESTON
MARK WEISS
JACOLYN BARUCH
DAVID BELL

                         STATUS CONFERENCE
            BEFORE THE HON. PATRICIA A. SEITZ, J.
               UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE GOVERNMENT:
                    BRIAN MC CORMICK, ESQ.
                    DIANA FERNANDEZ, ESQ.
                    Assistant United States Attorneys
                    99 N.E. 4th Street
                    Miami, FL  33132

REPORTED BY:        DAVID S. EHRLICH, RPR
                    Official Court Reporter
                    301 N. Miami, Room 504
                    Miami, Florida 33128-7788
                    (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).
```

```
APPEARANCES: (Continued)
FOR THE DEFENDANT:

J. MAMOME            DAVID ROTHMAN, ES.

F. MORGENSTERN       JOHN HOWES, ESQ.
                     BY:  ANA JHONES, ESQ.

D. MORGENSTERN       ANA JHONES, ESQ.

J. SILVESTRI         EMMANUEL PEREZ, ESQ.
                     BY:  SAM MASRI, ESQ.

J.B. CHIUSANO        DON SPADERO, ESQ.

M. BUCCINNA          BRIAN TANNENBAUM, ESQ.

J. BASS              MICHAEL TARRE, ESQ.

F. SCAROLA           JOHN COTRONE, ESQ.
                     BY:  JEFFREY HARRIS, ESQ.

G. BELLITTO          CHARLES WENDER, ESQ.

M. CARATTINI         JAMES BENJAMIN, ESQ.
                     BY:  DON SPADERO, ESQ.

P. DI FILIPPI        PETER RABEN, ESQ.
                     BY:  BRIAN TANNENBAUM, ESQ.

A. KLINGER           NEIL NAMEROFF, ESQ.
                     BY:  JEFFREY HARRIS, ESQ.

J. SPITALERI         BRIAN BEIBER, ESQ.
                     BY:  MICHAEL TARRE, ESQ.

C. CLAY              JON MAY, ESQ.

P. PRESTON           CHARLES WHITE, ESQ.

M. WEISS             PHILLIP HOROWITZ, ESQ.
                     BY:  CHARLES WHITE, ESQ.

J. BARUCH            DAVID VINIKOOR, ESQ.

D. BELL              JEFFREY HARRIS, ESQ.
```