REC'D by ___ D.C.
MAG. SEC.
AUG 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN O'SULLIVAN

ORDER DENYING GOVERNMENT'S
REQUEST FOR PRETRIAL DETENTION &
SETTING A BOND

*Bond Stayed*

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

____ The government's motion is **denied**.

____ The defendant's motion is **granted**; bond is set at:

  ____ Personal Surety, unsecured, in the amount of $ 1

  ____ Personal Surety in the amount of $ _____
       with 10% posted with Clerk of Court.
  ✓ Personal Surety in the amount of $ 100,000
       secured by the following collateral: *Co-signed by wife*

  ____ Full Cash in the amount of $ _____

  ____ Corporate Surety in the amount of $ _____

  ____ Full Cash or Corporate Surety in the amount of $ _____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

✓ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
✓ REPORT TO PRETRIAL SERVICES AS FOLLOWS:  1 WEEKLY IN PERSON;  2 WEEKLY BY PHONE.
✓ MAINTAIN PRESENT RESIDENCE.
✓ TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA.
✓ CURFEW IMPOSED 7 DAYS A WEEK FROM _midnight_ P.M. TO 7 A.M.
__ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
__ STAY AWAY FROM COMMERCIAL TRANSPORTATION FACILITIES, MARINAS, BUS TERMINALS AND AIRPORTS.
✓ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
__ COSIGNERS ARE NOT TO FURTHER ENCUMBER PROPERTY DURING PENDENCY OF CASE.
__ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____

**DONE AND ORDERED** at Miami, Florida this 30 day of AUGUST 2001.

TAPE NO. 01G-65-647

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

c: AUSA, Defense Counsel,
   Pretrial Services, US Marshal