## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE PATRICIA A. SEITZ

FILED by ___ D.C.
AUG 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6309-Cr     Date 8/30/01
Clerk L. Webb           Reporter D. Ehrlich
USPO ___                Interpreter ___
USPTS ___

AUSA D. Fernandez / B. McCormick     Def. Atty. Ken Swartz / John O'Sullivan

United States of America v. ~~Pacheco~~ O'Sullivan

Defendant(s): Present ___  Not Present X  In Custody ___

Reason for Hearing: Appeal re bond set for O'Sullivan

Results of Hearing ___

Misc. Cont'd to 8/31 @ 8:15 a.m.

592

Rec'd in MIA Dkt 9-4-01