UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.

JOHN O'SULLIVAN, (J)
        Defendant.
_____/

Case No. 00-6309-CR-SEITZ

FILED by _____ D.C.
AUG 31 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

**THIS MATTER** is before the Court on the Government's Appeal of Magistrate Judge William Turnoff's Order of Pre-Trial Release of defendant, John O'Sullivan. After considering the testimony of the government witness and exhibits presented, the court has stated on the record it's findings of facts and reasons for pre-trial detention. Therefore, it is

**ORDERED AND ADJUDGED** that the defendant is hereby Pre-Trial Detained. The defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Attorney General shall afford reasonable opportunity for private consultation with counsel consistent with the opportunities afforded detainees in the general population.

**DONE AND ORDERED**, in chambers, in Miami, Florida, on this 31st day of August 2001.

                                              HONORABLE PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

copies: All counsel of record