CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by _AW_ D.C.
SEP 0 4 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. _00-6309-CR-PAS_   Date _August 31, 2001_
Clerk _Troy J. Walker_   Reporter _D. Ehrlich_
USPO _none_   Interpreter _none_
USPTS _none_

AUSA _D. Fernandez_   Def. Atty. _Ken Swartz_

United States of America v. _John O'Sullivan_

Defendant(s): Present ✓   Not Present ___   In Custody ✓

Reason for Hearing _Bond Hearing_

Results of Hearing _Bond Denied_

_See order_

Misc. ___