UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ(s)(s)

UNITED STATES OF AMERICA,

vs.

**ORDER ON HEARING TO REPORT RE COUNSEL**

JOHN O'SULLIVAN

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

__✓__ The defendant requested further time to retain counsel and shall appear before the Court on __9-7-01__ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date. *Arraignment reset to 9-7-01 at 10:00 AM*

**DONE AND ORDERED** at Miami, Florida this __31st__ day of __AUGUST__, 2001.

TAPE NO. 01G-66·3233

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

c. Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal
   AUSA