UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-Seitz(s)(s)

UNITED STATES OF AMERICA,

vs.

John O'Sullivan

FILED by _____ D.C.
MAG. SEC.
SEP - 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ORDER

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: Further report regarding counsel and arraignment is hereby reset to Friday, Sept 14th, 2001, @ 10:00 a.m before the Duty Magistrate.

DONE AND ORDERED at Miami, Florida this ___7th___ day of ___Sept___, 2001_ .

TAPE NO: 01B -8 3-590

_____
UNITED STATES MAGISTRATE JUDGE
TED. E. BANDSTRA

c: Diane Patrick
   AUSA Miami

605