UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6309-CR-SEITZ(S)(S)/GARBER

UNITED STATES OF AMERICA,

vs.
JOHN O'SULLIVAN

**ORDER ON HEARING TO**
**REPORT RE COUNSEL**

---

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____  Private counsel_____
appeared in open court and is noted as permanent counsel of record.

_____  The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____  The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

✓  The defendant requested further time to retain counsel and shall appear before the Court on __9-21-01__ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

✓  The arraignment is reset to __9/21/01__ at 10:00 a.m.

**DONE AND ORDERED** at Miami, Florida this __14TH__ day of __SEPTEMBER__, 2001.

TAPE NO. 01C 66-3460

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c. Defense Counsel
Pretrial Services or Probation
U.S. Marshal
AUSA FRAZIER