UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6309-CR-PAS(STS)

UNITED STATES OF AMERICA,

vs.

John O'Sullivan

**ORDER ON HEARING TO REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

✓ Private counsel __Ken Swartz__ appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

DONE AND ORDERED at Miami, Florida this 21st day of Sept., 20 01.

TAPE NO. 01D-88-3020

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: AUSA
    Defense Counsel
    Pretrial Services or Probation
    U.S. Marshal