UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ(S)(S)

UNITED STATES OF AMERICA,

vs.

JOHN O'SULLIVAN
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 55894-004

Language: _____

The above-named Defendant appeared before **Magistrate Judge Stephen Brown**. The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: In Custody

             Tel. No: _____

Defense Counsel:    Name: Ken Swartz

             Address: 100 N. Biscayne Blvd
             Ste, Miami, FL 33132

             Tel. No: (305) 579-9090

Bond Set/Continued:    $100,000 PERSONAL SURETY BOND

Dated this 21st day of Sept., 2001.

             CLARENCE MADDOX, CLERK

             BY  STEPHANIE LEE
                Deputy Clerk

c: U.S. Attorney
   Defense Counsel
   Pretrial Services
   Clerk for Judge

TAPE NO.  01D-88-3020
DIGITAL START NO. _____