UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          Case No. 00-6309-CR-PAS

      v.                          MIAMI, FLORIDA
                                  September 21, 2001
                                  VOLUME I
                                  PAGES 1 TO 39

JOHN MAMONE
FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
JULIUS BRUCE CHIUSANO
MICHAEL BUCCINNA
JEFFREY BASS
FREDERICK SCAROLA
GIUSEPPE BELLITTO
MARK CARATTINI
PAUL DE FILIPPI
ANSON KLINGER
JOSEPH SPITALERI
CHARLES CLAY
PEGGY PRESTON
MARK WEISS
JACOLYN BARUCH
DAVID BELL
JOSEPH RUSSO
DOREEN RUSSO

FILED by _____ D.C.
APPEAL

OCT 0 2 2001

CLARENCE MADDOX
CLER. U.S. DIS. 'T
S.D. OF FLA. '.' 'I

STATUS CONFERENCE
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE GOVERNMENT:

                  BRIAN MC CORMICK, ESQ.
                  DIANA FERNANDEZ, ESQ.
                  Assistant United States Attorneys
                  99 N.E. 4th Street
                  Miami, FL  33132

REPORTED BY:          DAVID S. EHRLICH, RPR
                  Official Court Reporter
                  301 N. Miami, Room 504
                  Miami, Florida 33128-7788
                  (305) 523-5537
Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).

APPEARANCES: (Continued)
FOR THE DEFENDANT:

| | |
|---|---|
| J. MAMONE | JAMES BENJAMIN, ESQ. |
| F. MORGENSTERN | JOHN HOWES, ESQ. |
| D. MORGENSTERN | ANA JHONES, ESQ. |
| J. SILVESTRI | EMMANUEL PEREZ, ESQ. |
| J.B. CHIUSANO | DON SPADERO, ESQ. |
| M. BUCCINNA | JAMES BENJAMIN, ESQ. |
| J. BASS | MICHAEL TARRE, ESQ. |
| F. SCAROLA | DAVID TARLOW, ESQ. |
| G. BELLITTO | CHARLES WENDER, ESQ. |
| M. CARATTINI | JAMES BENJAMIN, ESQ. |
| P. DI FILIPPI | PETER RABEN, ESQ. |
| A. KLINGER | NEIL NAMEROFF, ESQ. |
| | JOHN HOWES, ESQ. |
| J. SPITALERI | BRIAN BEIBER, ESQ. |
| C. CLAY | JON MAY, ESQ. |
| P. PRESTON | ANA JHONES, ESQ. |
| M. WEISS | ANA JHONES, ESQ. |
| J. BARUCH | MICHAEL TARRE, ESQ. |
| D. BELL | JAMES BENJAMIN, ESQ.. |
| O'SULLIVAN | KEN SWARTZ, ESQ. |
| J. RUSSO | STEVE POTOLSKY, ESQ. |