UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



01 OCT -5 PM 1: 42

CLERK U. S. DIST. CT.
S.D. OF FLA - HIA

MIAMI DIVISION

CASE NO. 00-6309-Cr-SEITZ/Garber(s)(s)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN O'SULLIVAN, et al.,

        Defendants.

_____/

### NOTICE OF APPEARANCE

The LAW OFFICES OF KENNETH M. SWARTZ, P.A., 100 North Biscayne Boulevard,

Suite 2100, Miami, Florida 33132-2306, hereby enters its appearance as counsel for the

defendant JOHN O'SULLIVAN and requests that all notices, pleadings, and other filings be

forwarded to counsel.

        Respectfully submitted,

        LAW OFFICES OF KENNETH M. SWARTZ, P.A.
        New World Tower, Suite 2100
        100 North Biscayne Boulevard
        Miami, Florida 33132-2306
        Tel:  305-579-9000/Fax: 305-371-4380

        By:_____
        KENNETH M. SWARTZ
        Florida Bar No. 331929

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail upon counsel listed below on October 4, 2001.

J. Brian McCormick, AUSA
Diane Fernandez, AUSA
500 East Broward Blvd, 7th Floor
Ft. Lauderdale FL 33306-1704

David Rothman, Esq.
Counsel for John Mamone
200 S. Biscayne Blvd.
Suite 2690
Miami, FL 33131

Jeffrey Harris, Esq.
Counsel for David Bell
1 East Broward Blvd.
Suite 925
Fort Lauderdale, FL 33301

John R. Howes, Esq.
Counsel for Fred Morgenstern
633 S.E. 3rd Avenue
Suite 4-F
Fort Lauderdale, FL 33301

Ana Jhones, Esq.
Counsel for David Morgenstern
330 Biscayne Blvd.
Suite 625
Miami FL 33132

Emmanuel Perez, Esq.
Counsel for Joseph Silvestri
2121 Ponce de Leon Blve.
Suite 920
Coral Gables, FL 33144

Brian Tannenbaum, Esq.
Counsel for Michael Buccinna
200 South Biscayne Blvd.
Suite 2690
Miami, Fl 33131

David Tarlow, Esq.
Counsel for Frederick Scarola
801 Brickell Avenue
Suite 1901
Miami, FL 33131

James S. Benjamin, Esq.
Counsel for Mark Carattini
One Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394

Neil Nameroff, Esq.
Counsel for Anson Klinger
100 S.E. 2nd Street
Suite 3350
Miami, FL 33131

Richard Hammer, Esq.
Counsel for Charles Clay
2437 Briarcrest Road
Beverly Hills, CA 90210

Jon May, Esq.
Counsel for Charles Clay
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301

2

Philip Horowitz, Esq.
Counsel for Mark Weiss
9130 South Dadeland Blvd.
Suite 1910 - Two Datran Center
Miami, FL 33156

Jayne Weintraub, Esq.
Counsel for Joseph Russo
100 S.E. 2nd Street
Suite 3550
Miami, FL 33131

Howard Srebnick, Esq.
Counsel for Doreen Russo
201 South Biscayne Blvd.
Suite 1300
Miami, FL 33131

David G. Vinikoor, Esq.
Counsel for Jacolyn Baruch
420 S.E. 12th St.
Fort Lauderdale, FL 33316

Michael Tarre, Esq.
Counsel for Jeffrey Bass
Two South Biscayne Blvd.
Suite 3250
Miami, FL 33132

Charles G. White, Esq.
Counsel for Peggy Preston
2900 Bridgeport Avenue
Suite 401
Miami, FL 33133

BY: _____
        Kenneth M. Swartz

3