UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

JOHN O'SULLIVAN, et al.,

    Defendants.
_____/



### ORDER

THIS CAUSE is before the Court on the defendant O'Sullivan's Motion to Sever, filed on November 19th, 2001. No response has been received from the government.

Upon due consideration of same, it is hereby

ORDERED that a hearing will be held on said Motion to Sever on Friday, the 21st day of December, 2001 at 2:00 P.M. in Courtroom VII, United States Courthouse, 300 N.E. 1st Avenue, Miami, Florida 33132. The government shall submit its response memorandum to the undersigned's chambers on or before Thursday, December 20th, 2001.

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of December, 2001.

                                                  BARRY L. GARBER
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Brian McCormick, Assistant United States Attorney
Diane Fernandez, Assistant United States Attorney
Kenneth M. Swartz, Esq. FAX (305) 371-4380

