CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.

DEC 1 4 2001

CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. — MIAMI

Case No. _CO-6309-Cr_     Date _12/14/01_

Clerk _L. Webb_     Reporter _D. Ehrlich_

USPO _____     Interpreter _____

USPTS _____

AUSA _B. McCormick /_     Def. Atty. _All As represented._
_D. Fernandez_

United States of America v. _Mamone, et al_

Defendant(s): Present _____     Not Present _X_     In Custody _____

Reason for Hearing _Status Conf._

Results of Hearing _Mamone will enter plea of guilty._
_Seekin may have a problem with Feb date_
_since he just came into case._
_Joseph + Doreen Russo req. that motions_
_pending before BLG be deferred as this_
_case may be resolved - will defer to BLG_
_as long as hrg is held in Jan if no plea._

Misc. _O'Sullivan may plead - asks that m/ sever_
_be deferred - Court defers to BLG_
_Carrettini will most likely plead_
_Benjamin's m/ to file late m/ adopt is denied._

