UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6309-Cr-SEITZ (s)(s)/Garber



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN O'SULLIVAN, et al.,

    Defendant.

_____/

### UNOPPOSED MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO SEVER

The defendant, JOHN O'SULLIVAN, through counsel, respectfully moves for a continuance of the hearing on Defendant's Motion to Sever scheduled on December 21, 2001, before United States Magistrate Judge Barry L. Garber and in support thereof says the following:

1. The Defendant's Motion to Sever is pending before the Honorable Barry L. Garber for Friday, December 21, 2001.

2. For the past several weeks, the parties have been involved in discussions regarding the possible resolution of the pending charges, which if reached, will render the Defendant's Motion to Sever moot. The discussions between the parties have reached a critical point and a final decision

1

will likely be reached within the next 7-10 days. The Defendant respectfully moves for a two week continuance to allow the parties to conclude their discussions. In the event that the agreement is reached, the parties will notify the court so the matter may then be removed from the calender.

3. While the parties are attempting to resolve the case, the Defendant suggests that the interest in justice warrant a continuance of this matter in order to avoid the unnecessary expenditure of judicial resources.

4. At the status conference held on December 14, 2001, Judge Seitz expressed her approval of a deferral of the hearing as long as this Court was in agreement and could schedule a hearing on the matter in January, should the parties fail to reach an agreement.

5. Assistant United States Attorney, Brian McCormick, has advised counsel that the Government agreed with the motion herein and the parties would also request a deferral of time for the Government to submit its response to the Defendant's Motion to Sever.

Respectfully submitted,

LAW OFFICES OF KENNETH M. SWARTZ, P.A.
New World Tower, Suite 2100
100 N. Biscayne Boulevard
Miami, Florida 33132-2306
Tel:  305-579-9090/Fax:  305-371-4380


By:_____
KENNETH M. SWARTZ
Florida Bar No. 331929

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail this 18 day of December, 2001, upon Brian McCormick and Diane Fernandez, Assistant United States Attorneys, 500 E. Broward Blvd. Suite 700, Ft. Lauderdale, FL 33394.

_____
Kenneth M. Swartz