UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

JOHN O'SULLIVAN, *et al.*,

Defendants.
_____/

## ORDER

UPON DUE CONSIDERATION it is hereby

ORDERED that the defendant O'Sullivan's Unopposed Motion to Continue Hearing on Defendant's Motion to Sever is GRANTED and the hearing presently scheduled for December 21, 2001 is CANCELED.

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of December, 2001, *nunc pro tunc* December 18, 2001.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Brian McCormick, Assistant United States Attorney
Diane Fernandez, Assistant United States Attorney
Kenneth M. Swartz, Esq. FAX (305) 371-4380