CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by _____ D.C.
JAN 1 7 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. **00-6309-Cr**         Date **1/16/02**
Clerk **L. Webb**               Reporter **D. Ehrlich**
USPO                            Interpreter **No**
USPTS

AUSA **B. McCormick**    Def. Atty. **K. ~~Schur~~ Swartz**

United States of America v. **John O'Sullivan**

Defendant(s): Present **X**    Not Present _____    In Custody **Yes**
Reason for Hearing **Change of plea to Count 1 2nd superseding indictment**
Results of Hearing **Adjudicated guilty. PSI ordered; referred to probation**

Misc.

