JBM:df

**NIGHT BOX**
**FILED**

MAR 28 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN O'SULLIVAN,

        Defendant.

_____

## GOVERNMENT'S UNOPPOSED MOTION TO
## CONTINUE SENTENCING HEARING FOR SIXTY DAYS

The United States of America, through its undersigned Assistant United States Attorneys, respectfully files this Motion to Continue Sentencing hearing for sixty days, and in support thereof, states as follows:

1.  On January 16, 2002, the defendant entered a guilty plea to Count 1 of the superseding indictment in this case.  Part of the plea agreement included that the defendant would provide substantial assistance.

2.  The Court set April 23, 2002, for sentencing.

3.    The government requests that the Court continue the sentencing of defendant O'Sullivan to enable him to complete his cooperation, which includes testifying at trial.

Respectfully submitted,

GUY E.  LEWIS
UNITED STATES ATTORNEY

By: _____
J  BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230


By: _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

2

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was
mailed this _28th_ day of _March_ , 2002 to:


Kenneth Swartz, Esq.
100 N. Biscayne Blvd.
21st Floor New World Tower
Miami, FL 33132
(Counsel for JOHN O'SULLIVAN)

J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY