UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN O'SULLIVAN,

    Defendant.
_____

FILED by ___ D.C.
APR 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER

THIS MATTER having come before the Court on the government's unopposed motion to continue sentencing date.

After careful consideration, it is

ORDERED and ADJUDGED that the government's motion is GRANTED. It is further ORDERED that the sentencing shall be held at 8:30 a.m. on June 11, 2002.

DONE and ORDERED in Chambers at Miami, Florida, this 2nd day of April, 2002.

          _____
          PATRICIA A. SEITZ
          UNITED STATES DISTRICT JUDGE

cc: AUSA J. Brian McCormick
  AUSA Diana L.W. Fernandez
  Kenneth Swartz, Esq.
  U.S. Probation