UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN O'SULLIVAN,

_____/



FILED by _____ D.C.
APR 1 0 2002
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

### NOTICE RESETTING SENTENCING

PLEASE TAKE NOTICE that the Sentencing in the above matter set for June 11, 2002, at 8:30 a.m., is reset to **June 12, 2002, at 9:00.**

DATED: April 10, 2002

By Order of the Court
Clarence Maddox, Clerk

By _____
Deputy Clerk

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
U.S. Probation
Kenneth Swartz, Esq.