UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

v.

JOHN O'SULLIVAN,

_____/

### NOTICE RESETTING TIME OF SENTENCING

PLEASE TAKE NOTICE that the **time** for the Sentencing in the above matter on June 12, 2002, is reset to **8:15 a.m.** (previously set to begin at 9:00 a.m.)

DATED: June 6, 2002

> By Order of the Court
> Clarence Maddox, Clerk
>
> By _____
> Deputy Clerk

Copies to:
Brian McCormick, AUSA

Kenneth Swartz, Esq.
100 North Biscayne Blvd.
Sutie 2100
Miami, FL 33132

U.S. Probation