UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

FILED BY _____ _____ D.C.

2002 JUN -7 PM 1:55

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 00-6309-Cr-SEITZ (s)(s)/Garber

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOHN O'SULLIVAN, et al.,

       Defendant.

_____/

## NOTICE OF FILING CHARACTER REFERENCE LETTERS

The Defendant, JOHN O'SULLIVAN, through undersigned counsel, respectfully submits to this Honorable Court the attached character letters from friends and families for sentencing scheduled June 12, 2002.  The following individuals have written letters that are attached hereto:  (1) Regina O'Sullivan, (2) John Thomas O'Sullivan (unsigned), (3) Bill Strack, (4) Nancy Lyons, (5) David Lyons, (6) Scott McCoy, (7) Stacey McCoy, (8) Todd Tarchis, (9) Regina Riecker (unsigned), (10) Bridget Bishop, (11) Daniel O'Sullivan, (12) Marion O'Sullivan, (13) Theodore Taddei (unsigned), (14) Thomas G. Brennan (unsigned), (15) Rev. Msgr. Richard F. Dunn, (16) Bobbi Hagler, (17) Wes Dixon and Family, and (18) Mr. and Mrs. Brian Sammon.

1

Respectfully submitted,

LAW OFFICES OF KENNETH M. SWARTZ, P.A.
New World Tower, Suite 2100
100 N. Biscayne Boulevard
Miami, Florida 33132-2306
Tel:  305-579-9090/Fax:  305-371-4380

By:_____
            KENNETH M. SWARTZ
            Florida Bar No. 331929

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served

via U.S. Mail this __6__ day of June, 2002, upon Brian McCormick and Diane Fernandez,

Assistant United States Attorneys, 500 E. Broward Blvd. Suite 700, Ft. Lauderdale, FL

33394 and USPO Thomas Felasco, Room 315, U.S. Courthouse, 300 N.E. First Ave.

Miami, FL 33132.

_____
Kenneth M. Swartz

2

Dear Honorable Judge Patricia Seitz,

I am writing on behalf of my husband John O'Sullivan. It is by far the hardest letter I have ever written. I am truly sorry for what he has done and know that he is also. We realize he must accept responsibility for what he has done.

I want to tell you that there is not a better father on this earth. Being in prison and away from his children has been the most horrible experience of his life. Unlike most fathers, John is home with our children every single day and I go out to work full time. He is missed terribly by our 3 boys John (14) Dylan(11) and Brennan(8). He has missed Johns Confirmation & Graduation from St Andrews 8th grade. He has missed Brennans First Communion. He has missed an entire football, basketball & baseball season of coaching. This is what he lived for. He is such an integral part of their little lives, there is no harsher punishment than being away from all of this.

My heart aches for how much he is missed by my boys. He has made the biggest mistake of his life & we pray everyday for a second chance. He is missed by so many adults & children of this community. Given the chance, I know he will come home & continue to be an awesome father & husband. He will continue to give to the community.

For the sake of my children I beg for your leniency when sentencing John. I know better than anyone that he should have thought about all of these things before doing what he did for Mr. Mamone, but I also know better than anyone else that he will

1

never make those mistakes ever again. Thank
you for your time.

Sincerely,
Regina O'Sullivan

1a.

June 3, 2002

HONORABLE JUDGE SEITZ,

I am writing on behalf of my father John O'Sullivan who has been incarcerated since August of 2001.

Since my father has been away he has been missed very much by my brothers and my mother and other family members. He has also been missed by neighbors and friends and also the numerous players he has coached for many years.

It is very hard to describe the void that his absence has made on my life, being unable to attend two memorable days in my life (Confirmation and 8th grade Graduation and also my younger brother's Communion).

Although my family has tried in many ways to make up for the loss of my father being here, he is always with me in everything I do. I realize he has made a mistake and must pay the consequences, but I am sure that this time away from his family and friends has made up for what he did.

Thank you for taking the time to read this letter and I hope that you will look kindly upon my father at his court date.

Sincerely,

John Thomas O'Sullivan

2

May 20, 2002

Bill Strack
172 26th Avenue
San Francisco, CA 94121

To the Honorable Judge Patricia Seitz:

I am writing you in regards to a personal friend of mine, John O'Sullivan, who will soon appear in your courtroom for sentencing. I thank you in advance for taking a few moments to read this letter: it is a very important matter to John O'Sullivan and his family, to me his lifelong friend, and I am sure to you, as the presiding judge in this case. Thank you for your time and consideration.

As I stated, I realize that John O'Sullivan will appear before you in June for sentencing. I thought that perhaps it might benefit all if I shared my firsthand and personal view of John, his current situation, and my opinion of his character.

To start with, I have known John since he was about 7 years old. We grew up together in Woodside, Queens (NY) and became quick friends from that early age. Over the years John and I became the best of friends. We played ball together as teenagers, we visited each other's houses on a daily basis to the point where I think he became my brother, and I his. To this day, our respective mothers think we are both their sons.

As I say, John and I grew up together. Growing up with a friend such as John is a wonderful part of my life. I was with John when he met Regina, his wife; I stood up for him on his wedding day, and I saw his marriage grow and blossom with the arrival of his children. It was with great honor and joy that I became godfather to his second child, Dylan. I do not think that I honestly know of a more loving and beautiful family. Together, John and Regina have raised three absolutely wonderful boys. They are courteous and polite, outgoing and studious....all the result of two loving parents.

When I myself got married, there was no other person that I would ask to be my best man but John: he truly was a great friend, and in my estimation, a great person. He had worked in the NYC Police Department for a number of years, many of those as a detective in sex crimes, drug sweeps, and other serious and dangerous areas. I still recall many of the conversations that John and I shared about his work: it was troubling and difficult to constantly be exposed to the worst that people can be. Yet he went about his job with a fervor and drive that resulted in great benefit for the citizenry that he was protecting. John truly was a great detective.

Unfortunately, John has clearly somehow veered from his true character. He mistakenly and terribly has involved himself with the wrong people and now finds himself in a horrible situation. I have spoken with John and exchanged many letters with him over the past year. There is no doubt in my mind that John recognizes his mistakes...in fact terribly regrets them, and wants only to get back to the life he led with his family before this all began.

3

That life had him coaching little league, spending day and night with his children and wife, and contributing to his community.

As I said very early on, I realize that John will soon appear before you for sentencing. I implore and beseech you to please consider all of the above when looking at John and this case. I respectfully ask that you act with the greatest mercy and clemency as you proceed with sentencing. I know that if John were returned back to his family and community, he would reward that second chance by becoming a stalwart contributor to his community. And I know that the lessons that John has learned will not be lost on him as he goes forward in life with his family. He will not make these mistakes again.

Sometimes, we all need a second chance. Please give John O'Sullivan that second chance when he appears before you in June. Thank you very much for your consideration and mercy to my dear friend John.

Sincerely

Bill

Bill Strack

3a.

5/28/02

Dear Honorable Patricia Seitz,

When I was asked to write a short letter to you to describe John O'Sullivan's character I thought "no problem." However, as I sit down to do this, I realize it is not as easy as I thought.

First of all keeping it short is the first obstacle. I could write pages & pages about Johnny's good characteristics. The second problem are the words themselves. They just seem inadequate. To know Johnny is to love Johnny. I feel that all the words in the world could not express my true feelings, but I will try.

The one word I will use to describe the essence of John O'Sullivan is "family." He is one of the most dedicated, involved & most of all loving father I have ever met. If you were to meet his three boys, you would understand what I mean. They are bright, polite, respectful committed to their education as well as their extra-curricula activities & sports. But they also have adorable personalities, each very different from each other. They have maintained a normal lifestyle over the last ten months that Johnny has been away. I truly feel this is due to the stable loving homelife he & his wife Regina have provided prior to Johnny's incarceration.

Not only is he an excellent father but he is also a wonderful & devoted husband. I have worked with Regina for the past four years. Many times & I have spent evenings out with the O'Sullivans. Johnny's love for Regina is evident in many many ways.

4

Johnny is also an exceptional friend + neighbor. At any given time there will be ten kids in their driveway playing basketball, football or hockey. He has the patience of a saint with all these kids. Besides being a coach for football for the kids I have always said he should run a summer day camp for all the children in the neighborhood. I have three children of my own + they think he is the greatest. He is able to relate to the kids on their level yet they respect him as well.

Johnny has been greatly missed over the past ten months, especially by his family. I think to have him return home to them would make their lifes whole again.

Thank you for taking the time to read my letter.

Sincerely,
Nancy Lyons

5/27/2002

To: The Honorable Patricia Seitz

Re: John O'Sullivan

I've known Johnny O'Sullivan as a friend for over four years. Johnny is the type of person who creates friendships. Everyone seems to like Johnny as soon as they meet him. However Johnny is more than just a friend.

Johnny is a committed, loving father, and husband. He lives for his wife and children. I've worked in Human Resources as a manager for 20 years. In those years I've met many people whom I have counseled, developed, hired, and fired. My job is to work with people, and I feel I have become a good judge of character from my experience. Johnny is one of those unique personalities that can achieve anything he strives for. Few people have the inner drive to succeed while balancing the challenges of life, career, and family. John O'Sullivan is one of those people.

Johnny is a positive contributor to everyone around him, and he is desperately needed by his family and loved ones. His absence these past months has been terribly painful. How much he is missed and needed is a tribute to the importance of Johnny to his friends and family.

Johnny would do anything to help others, now it is our turn to help him. I believe Johnny has a tremendous amount to give to his community and family. He is very much missed and I look forward to his return.

I write this letter with the deepest sincerity in support of my friend Johnny O'Sullivan.

David P. Lyons

5

Scott McCoy
10565 NW 3 Place
Coral Springs, Florida,33071

Dear Judge Seitz,

John was in jail on 9/11 while my wife and I were watching the events unfold on television she turned to me and said 'it doesn't make sense that Johnny is in jail when we know that he is the type of person that would be the first to run into those towers to help rescue people." That says in a nutshell the type of person that John O'Sullivan is,he is the kind of person that every neighborhood and community needs. We first met him when our son was playing in the Coral Springs basketball league. When the regular season was over Johnny and his wife Regina organized an all star team for the kids so that they could continue to form friendships and have fun. They would organize barbecues, raise money and buy trophy's for the kids. We used to beg the City of Coral Springs to do these types of things for the kids, but they weren't interested,it's a good thing for the kids that the O'Sullivans were interested. Johnny went on to form a travel basketball league, again raising money, coaching and driving kids to and from practice and games.

If you pull up to Johnny's house you would find him outside with all the neighborhood kids,playing football, or basketball. If you had car trouble or needed a hand moving, etc.. Johnny is the first to offer his help. At first I thought he was only that way with me and my family, but after he got in trouble I was amazed at how many people came forward on his behalf and told the same story about him. There is no question in my mind that he can do far more good being with his family,friends and neighbors than he could ever do sitting in jail.

My wife and I have always tried to teach our children, to work hard, help people, be a trusted and loyal friend and to be involved in their community,I can honestly say that those are the qualities that John possesses and we are happy that he has been a part of our children's lives.Although I don't know you personally,I can say with a high degree of certainty that if John O'Sullivan was your neighbor, or your child's coach, you would do everything possible to get him back involved in your community. I urge you to keep these thoughts in mind when you are making you decision, and thank you for allowing me the time to express them.

Very Truly Yours,

Scott McCoy

Dear Judge,

I'm not going to take up too much of your time with a long letter. I'd like to just write in a very short but heartfelt letter to you regarding my experience of knowing Mr. John O'Sullivan.

John O'Sullivan is by far one of the most bighearted, loving humans I've ever had the pleasure of meeting. I haven't known him too long, just a few years, but I feel like I've known him a very, very long time. He's the kind of guy that you warm right up to. He's a very down to earth, unpretentious loving guy. Jonnie's problem is probably that he's too good. (To a fault I guess you could say.)

John O'Sullivan is loved by his friends, loved by his friends kids, (I know my kids love him.) and his neighbors, etc. He's just a truly generous, funny, caring individual.

Please judge, I believe John has learned a lesson in life, he made a big

7

mistake. Knowing Johnny, he's been probably harder on himself than any thing, or person could ever be.

Please Judge, give our Johnny back to us. We miss him, we need him to fill our lives with love & laughter again.

Thank You for reading my letter. Its a truly heartfelt, honest letter.

Sincerely,

Stacey McCoy

7a.

# TODD TARCHIS
4855 N.W. 112th Drive
Coral Springs, Fl 33076

May 18, 2002

Re: John O'Sullivan

To Whom It May Concern,

As a member of the community, parent of children attending the same schools as his, basketball teammate, and most importantly a friend, I would like it to be known that my family and myself have missed John and the contribution he makes to the community.

All of my dealings with John have always been positive and for the better of his friends. He had been coaching my older son's basketball team when this unfortunate incident occurred. He was always dedicating his time towards his children and their friends, going out of his way was normal, he would take the kids to practice or bring them home and even in my case my boys would wind up eating lunch or dinner over his house. It was never a problem he would always be there. During these times my sons have continued to play, eat over and even sleep over the O'Sullivan's house. My younger son (9) even stated he can't wait for John to come home so he can make him breakfast because he loves the way he makes his eggs and bacon.

My relationship with the O'Sullivan family will continue as always and I am anxiously awaiting John's return home.

Sincerely,

Todd Tarchis

8

RE: JOHN O'SULLIVAN

TO WHOM IT MAY CONCERN:

I AM WRITING THIS LETTER ON BEHALF OF JOHN O'SULLIVAN.

I HAVE KNOWN JOHN FOR THE LAST SEVENTEEN YEARS AND CAN HONESTLY STATE THAT HE IS ONE OF THE MOST HONEST, SINCERE AND CARING PERSON I KNOW. HE HAS ALWAYS BEEN A MOST DEDICATED HUSBAND AND FATHER TO HIS THREE SONS.

AS HIS MOTHER-IN-LAW, I CAN ONLY CONSIDER HIM TO BE A SON OF MINE. HE HAS ALWAYS BEEN THERE FOR ME WHEN HE IS NEEDED. HE IS ALWAYS READY, WILLING AND ABLE TO HELP OUT HIS NEIGHBORS, AND/OR HIS COMMUNITY.

ALTHOUGH JOHNNY HAS MADE A MISTAKE, PLEASE REST ASSURED THAT HE CERTAINLY REALIZES THE CONSEQUENCES HAS HAS HAD TO FACE FOR SAME.

JOHNNY'S WIFE AND SONS HAVE MISSED HIM GREATLY DURING THIS TIME AND ARE LOOKING FORWARD TO HIS COMING HOME.

HE IS A DEVOTED FATHER, HAVING COACHED HIS BOYS AND THEIR TEAMS FOR MANY YEARS, AND THESE BOYS ARE ALSO LOOKING FORWARD TO HAVING HIM BACK.

HE HAS MISSED THREE VERY IMPORTANT EVENTS IN HIS SONS LIVES THIS PAST YEAR AND I KNOW HE IS LOOKING FORWARD TO MAKING THIS UP TO THEM.

JOHNNY IS HIGHLY REGARDED BY HIS NEIGHBORS AS A PERSON WHO IS THERE FOR THEM AT ANY TIME TO HELP AND ASSIST THEM.

THANK YOU FOR TAKING THE TIME TO READ THIS LETTER.

SINCERELY,


REGINA RIECKER

9

May 10, 2002

Bridget Bishop
52-37 39th Avenue
Sunnyside, NY  11104

Attention Judge Patricia Seitz:

Your Honor, my name is Bridget Bishop and I reside in Sunnyside, New York. I am writing to you on behalf of John O'Sullivan. Approximately twenty two years ago, I was in a car accident, and as a result, I am a quadraplegic.

During the period of rehabilitation and while also striving for an education, Mr. O'Sullivan would drive me to various educational, rehabilitation and recreational facilities. He was always available to me in my time of need.

I sincerely hope, your Honor would consider his good deeds and help to people like myself when you render your judgement.

Respectfully yours,
Bridget Bishop

10

39 First Street
Garden City Park
New York 11040-4413


June 1, 2002


Honorable Judge Seitz,

I am writing this letter on behalf of my brother John O'Sullivan. Being that he is one year my junior, we experienced and shared much of our lives together. Part of that life experience incorporated a career in law enforcement, in which we both showed exemplary service.

My brother is very community orientated person. He spends countless hours of his time and his family's time coaching the children from the community. I have traveled to Florida several times during this past year and have observed how dearly his presence is missed in his home with his dear wife Regina and his three outstanding boys: John, Dylan, and Brennan

Your Honor, please take into consideration the amount of time that he has been away from his wife and kids. The appropriate place for his right now is at home and back to being a valuable part of the community, where the neighborhood kids miss his leadership qualities, his excellent coaching abilities, being a secondary dad, being a friend and someone that the kids can trust and talk to.


For your consideration,


Sincerely,

Daniel O'Sullivan

11

39 First Street
Garden City Park
New York 11040-4413


June 1, 2002


Honorable Judge Seitz,

I am writing this letter on behalf of my brother-in-law John O'Sullivan. For as long as I have known John (10 years), he has always been a special part of our lives and our children's lives. There is nothing that John would not do for us. Family comes first with John and he is one of the most family-oriented people I know.

John is missed in a very big way by his dear wife Regina and his three loving sons John, Dylan and Brennan. It is unfortunate that they have had to be without him for so long. He is a wonderful father who has always been there for his kids in every aspect of their lives.

He is also missed for his leadership role as coach in his community. Very few people possess that unique quality and special way with the kids. Their parents relied on John to teach the kids about important qualities like good sportsmanship, camaraderie, building self-esteem, self-respect and respect for others, teamwork and generally building good character in these kids. He is a big loss to his wife, family and community.


For your consideration,


Sincerely,

Marion O'Sullivan

12

Mr. Theodore Taddei
4200 NW 62nd Ave.
Coral Springs, FL 33067

May 9, 2002

The Honorable Patricia Seitz

Re: John O'Sullivan

I have personally known Mr. John O'Sullivan for approximately ten years while coaching basketball and football in the Coral Springs area. He is a vibrant individual and a positive influence in youth sports, but most importantly a loving father to his three children. John is constantly giving them positive reinforcement and guidance in their everyday affairs. He is also a member of the same Catholic Church I attend and can be seen there constantly on Sundays with his family.

In short, I believe that John is an essential part of our society, not only because of his close, supportive relationship with his family, but because of his involvement with the community as well.

If I can be of further assistance, please feel free to contact me at (561) 394-3519. Thank you.

Sincerely,

Theodore Taddei
Registered Investment Advisor

13

Thomas G. Brennan
105 Brookside Drive
Lafayette, La. 70506
22 April 02

    To Those Concerned,

I have been asked to write a letter of recommendation regarding John O'Sullivan, his character, and his worthiness for re-entry into society. I have no qualms about doing so, insofar as I feel fully confident that he will be able to return to his family and community without returning to the behaviors that led to his incarceration in the first place. ( I say this as one who has known John for fifteen years, and as one fully aware of what those behaviors were alleged to be.) If John was guilty of any wrongdoing, I firmly believe it was that of association, rather than of active, malicious intent towards others or society; it was particularly remarkable for its freakish aberrance from an otherwise upright life.

This man, whose numerous contributions to the community are well known to the court, has lived his life with unfailingly benign nature; he is one who, if his life were to be said to have a consistent theme, that theme would be one of giving and service. I see no reason why that would change upon his return home; if anything, knowing how shamed, guilt-ridden, and determined John is to make amends once he is released, I am positive he will do everything in his power to regain the trust of his family, friends, and community, as well as that of the justice system that has granted him the opportunity, over this last year, to reflect upon the importance and fragility of that which he so nearly lost forever.

       Sincerely,

       Thomas G. Brennan

14

## Corpus Christi Rectory

*31-30 61st Street*
*Woodside, New York 11377-1223*
*(718) 278-8114*

June 2, 2002

Honorable Judge Seitz,

I write on behalf of John O'Sullivan of 11260 N.W. Street, Coral Gables, Florida.

I have known John since he was a very young man, I served for twelve years in the parish of St. Sebastian's here in Woodside, where his family resided. John worked in our parish center for several years and volunteered his services in the youth center before his employment as a NYC policeman.

His family enjoyed an excellent reputation in this area, and John always displayed a courteous, intelligent and cooperative manner.

I am certain that given the opportunity he would again be a fine member of the community. His wife Regina and his sons John, Dylan and Brennan would benefit from the return of their father to the family unit.

Should any further information regarding John's character be required, I would be happy to cooperate.

Yours truly,

Rev. Msgr. Richard F. Dunn
Pastor

15

June 1, 2002

Judge Patricia Seitz,

I am writing this letter in support of my friend Johnny O'Sullivan. I have known Johnny for two years. He was my son's travel basketball coach. Both of my sons, Brett and Josh, adore Johnny. They have slept over at his house and he made them breakfast. I now have to make pancakes like Johnny did. Brett has said several times this season that he misses Johnny and how he made basketball fun for them. Josh wanted to write his own letter when he saw me writing this, so I am attaching his to mine.

Johnny has the biggest, kindest heart in the world. He is the first one to help a friend who needs him. He deeply cares about other people.

I am a former teacher and have worked with children all of my adult life. I am all ways amazed at what a hands on father Johnny is. He is wonderful with his sons. He was there for those three terrific children and Johnny's influence on their young lives is evident. They are well rounded, caring boys who are a pleasure to be with. They have many characteristics of their dad.

Johnny has all ways been a loyal, caring friend to me, my husband and my children. We support Johnny O'Sullivan and we all miss him.

Sincerely,

Bobbi Hagler

16

May 2nd, 2002


To:     The Honorable Judge Patricia Seitz

From:  Wes Dixon and Family

I'm writing this letter to you in regards to my friend Johnny O'Sullivan. Johnny is currently being obtained in the Federal Prison located in Miami, Florida. The purpose of my letter is to provide information for you regarding my relationship with Johnny and his family, and what their friendship has meant to my family.

I understand that you have a very busy schedule and it is my hope that you will take the time to read this letter. So, keeping this in mind, I will attempt to keep it brief and provide you with information about Johnny as a friend, a father, and a person that gives himself unselfishly to his community.

Johnny and I have been friends since the summer of 1997. I meet him a couple of weeks after I relocated my family from New Orleans, La. As with any move, my family experienced "the downs" of leaving good friends, a good community, and a church family. After I got my family settled, Johnny came to my home and introduced himself and his family to my family and me.

Our families quickly became friends and we enjoyed the times we spent together. As we spent more time with the O'Sullivan's, my friendship grew with Johnny. We spent many afternoons together playing ball with our kids in the neighborhood, going to the beach on the weekends, or just hanging out at each of our homes. We spent every Thanksgiving together since our arrival in South Florida and these days became very special as we looked forward to the next year. These times were important for Johnny and our families as we stressed the importance of family and friends and how you build relationships by spending the time and effort needed to lead your children by example.

Johnny's tireless effort to be involved in people's lives was obvious at the park every afternoon and on the weekends. At times, Johnny would coach two to three teams just so the kids could have a team to play on. He made sure that the kids that did not have rides made it to practice everyday by either arranging another parent to pick them up or he would do it himself. He helped families that needed help by providing a father figure for those who did not have one, and even paid the registration for many who could not afford it. I know that these kids respect Johnny and care deeply for him because on the weekends they would call him and he would go pick them up and let them swim, go to the movies, and play with our children in the neighborhood. Other times when this was apparent was the way all the children would flock to Johnny when they saw him at the park.

17

Johnny is always the first to say "yes" if he believes that you need his help. There as been many times throughout the years that I've seen Johnny help a person or family that was in need. I'm aware of times when he gave money to a family at Christmas, and cloths and groceries to another. At times Johnny was too good and I would tell him that he was being taken advantage of and he would just simply continue to do what he felt in his heart.

When all this first happened and the hearings were going on concerning Johnny's bail, his numerous friends which supported him were in the court room.  They are everyday families who were willing to put their homes up to secure bail. These families were there because of their friendship with Johnny and his family.

Over the years our friendship has grown very strong and I'm proud to say that Johnny O'Sullivan is my best friend for life. Although I've only known him for a few years, the bond that we've developed through our friendship and our families will always be strong. He has always been there for me and my family and I will always be there for his. The O'Sullivan's are considered in my household as family.

Wes Dixon

Kim Dixon

Chelsea Dixon

Jamey Dixon

17a.

May 28, 2002

Dear Honorable Judge P. Seitz,

We are writing on behalf of our good friend John O'Sullivan. We have known him for over 30 years.

If we had to choose just one thing that impresses us the most, it would have to be the dedicated father he is and has been to his three adorable sons. From the day he brought his first son home he has been nurturing and totally devoted. We often joke and call him "Mr. Mom", but in fact it isn't a joke but a well deserved compliment. We have recently started a family of our own and we pray to God that we can be half the parent he has become.

It's hard to put into words how strongly we feel about Johnny. He is an outstanding husband, brother, son, and friend. We are truly honored to know him all these years. Thank you for your time.

Mr. & Mrs. Brian Sammon

18