UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6309-Cr-SEITZ (s)(s)/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN O'SULLIVAN, et al.,

    Defendant.

_____/

**NOTICE OF FILING DEFENDANT'S LETTER TO THE COURT FOR SENTENCING**

The Defendant, JOHN O'SULLIVAN, through counsel, respectfully submits, the attached copy of a hand-written letter to this Honorable Court by the Defendant and a typed copy of the hand-written letter, for sentencing scheduled June 12, 2002

Respectfully submitted,

LAW OFFICES OF KENNETH M. SWARTZ, P.A.
New World Tower, Suite 2100
100 N. Biscayne Boulevard
Miami, Florida 33132-2306
Tel: 305-579-9090/Fax: 305-371-4380

By:_____
KENNETH M. SWARTZ
Florida Bar No. 331929

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail this 6 day of June, 2002, upon Brian McCormick and Diane Fernandez, Assistant United States Attorneys, 500 E. Broward Blvd. Suite 700, Ft. Lauderdale, FL 33394 and USPO Thomas Felasco, Room 315, U.S. Courthouse, 300 N.E. First Ave. Miami, FL 33132.

_____
Kenneth M. Swartz

United States District Court
Southern District of Florida
Honorable Judge Patricia Seitz

Dear Honorable Judge Seitz,

This letter concerns my sentencing hearing scheduled for June 12, 2002 in front of your honorable court.

I would like to take this opportunity to notify your honor that I accept full responsibility for my actions. As a result of a inability to choose my friends wisely and through the process of assisting an associate through his financial crisis, I present myself before this honorable court for sentencing purposes.

I made a mistake which was an extremely poor decision on my part, a mistake which will have extremely difficult consequences for both myself and my family. As a result of my actions, my wife and three children have been totally devastated. These past ten (10) months of incarceration at Miami, F.D.C has been the most difficult period of my life. My only hope at this point of my life is that my family forgive me for my inexcusable behavior.

Your honor, my wife has been forced to become a single parent through my poor judgement. She works fulltime as a registered nurse, performing twelve (12) hour shifts then must be a full time parent at home. I was a stay at home parent. I dedicated my life to the rearing of my children. My children are having a very difficult time coping with my incarceration. I need to be out there with my children so that I can resume my place as the primary caregiver, and to give my wife an opportunity to share the duties instead of assuming all the duties as she has since my incarceration. I have asked that my children not be present on my sentencing

...day as I fear the detrimonious effects it will have on the...

It has been my strong faith in God, as well as my families, that has assisted me in the process of turning my life around, and kept my wife and children strong and guide our lives in the proper direction. I pray everyday that God will grant me strength to preservere as well as to keep my family safe and out of harms way. During my daily prayers I reflected on my past behavior that led to my incarceration. I had a problem with alcohol which I believe led to some not real good choices in Gods eyes as well as societies. I believe that God has forgiven me. I now must work on societies.

While at FDC, Miami, I participated in the drug and alcohol education program, as well as the anger management program. I became a unit orderly, I turned my negative problems into a positive attitude. I realized that I had too much free time prior to my incarceration which also led to my association with alcohol. Upon my release, I plan to use any and all free time in a productive and constructive way. I plan on continuing to coach any sport where needed. Alot of parents couldn't be bothered, I am always available and will continue to be. I also plan on volunteering at my childrens school, as well as my church or at any community program where I can be used. By utilizing my free time in a productive way, I will be able to reintergrate back into society in a positive way.

Your Honor, through this unfortunate experience, I have learned a valuable lesson, that crime not only does not pay, but that it will devastate those whom love and care about you. I can only hope and pray that some time in the future, my family and friends will be able to forgive me for

THE Horror I HAVE PUT THEM THROUGH.

THANK-YOU

John O'Sullivan

May 1, 2002

United States District Court
Southern District of Florida
Honorable Judge Patricia Seitz

Dear Honorable Judge Seitz,

    This letter concerns my sentencing hearing scheduled for June 12, 2002, in front of your Honorable Court.

    I would like to take this opportunity to notify your Honor that I accept full responsibility for my actions. As a result of an inability to choose my friends wisely and though the process of assisting an associate through his financial crisis, I present myself before this Honorable Court for sentencing purposes.

    I made a mistake which was an extremely poor decision on my part, a mistake which will have extremely difficult consequences for both myself and my family. As a result of my actions, my wife and three children have been totally devastated. These past ten months of incarceration at Miami, F.D.C. has been the most difficult period of my life. My only hope at this point in my life is that my family forgive me for my inexcusable behavior.

    Your Honor, my wife has been forced to become a single parent through my poor judgement. She works full-time as a registered nurse, performing twelve-hour shifts, then she must be a full-time parent at home. I was a stay at home parent. I dedicated my life to the rearing of my children. My children are having a difficult time coping with my incarceration. I need to be out there with my children so that I can resume my place as the primary care-giver, and to give my wife an opportunity to share the duties instead of assuming all the duties as she has during my incarceration. I have asked that my children not be present on my sentencing day as I fear the detrimental effects it may have on them.

    It has been my strong faith in God, as well as my families, that has assisted me in the process of turning my life around, and kept my wife and children strong and guided our lives in the proper direction. I pray everyday that God will grant me strength to persevere as well as to keep my family safe and out of harms way. During my daily prayers I reflected on my past behavior that led to my incarceration. I had a problem with alcohol, which I believe led to some not real good choices in God's eyes and as well as in society's. I believe that God has forgiven me, I now must work on society's.

    While at F.D.C., Miami, I participated in the Drug and Alcohol Education Program, as well as the Anger Management Program. I became a unit orderly, I turned my negative problems into a positive attitude. I realized that I had too much free time prior to me incarceration which also led to my association with alcohol. Upon my release, I plan to use any and all free-time in a productive and constructive way. I plan on continuing to coach

any sport where needed. A lot of parents couldn't be bothered, I am always available and will continue to be. I also plan on volunteering at my children's school, as well as at my Church or at any Community Program where I can be used. By utilizing my free-time in a productive way, I will be able to reintegrate back into society in a positive way.

Your Honor, through this unfortunate experience, I have learned a valuable lesson, that crime not only does not pay, but that it will devastate those whom love and care about you. I can only hope and pray that some time in the future, my family and friends will be able to forgive me for the horror I have put them through.

Thank you,

John O'Sullivan

*John O'Sullivan*