# CRIMINAL SENTENCING MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE PATRICIA A. SEITZ

FILED by ___ D.C.
JUN 1 4 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

---

Case No. 00-6309-Cr   Date 6/12/02
Clerk h. Webb   Reporter D. Ehrlich
USPO T. Bradman   Interpreter _____
USPTS _____

AUSA D. Fernandez   Def. Atty. K. Schwartz

United States of America v. John O'Sullivan

---

Defendant(s): Present X   Not Present ___   In Custody Yes
Sentence 11 months as to Count
Supervised Release 3 years
Special Conditions of SR 1) 300 hours comm. service 2) after 24 mos. will consider early term of SR 3) mental/substance abuse trmt prog

Fine $1,000. in installments   Special Assessment $100.00
Advised of right to appeal Yes (waived) during SR
Recommendations to BOP _____

Misc. △ withdraws motion for aberrant behavior.
5K1 motion granted.
Cts 4 & 5 of 2nd SS indictment dismissed.