UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                Case No. 00-6309-CR-PAS

 v.                                     MIAMI, FLORIDA
                                        June 12, 2002
                                        VOLUME I
                                        PAGES 1 TO 39
JOHN O'SULLIVAN

                    SENTENCE HEARING
          BEFORE THE HON. PATRICIA A. SEITZ, J.
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:

                    DIANA FERNANDEZ, ESQ.
                    Assistant United States Attorney
                    500 E. Broward Boulevard  - 7th Fl.
                    Ft. Lauderdale, FL 33394-3002
FOR THE DEFENDANT:

                    KENNETH M. SWARTZ, ESQ.
                    100 N. Biscayne Boulevard
                    21st Floor, New World Tower
                    Miami, FL  33132




REPORTED BY:        DAVID S. EHRLICH, RPR
                    Official Court Reporter
                    301 N. Miami, Room 504
                    Miami, Florida 33128-7788
                    (305) 523-5537




Proceedings recorded by mechanical stenography, transcript
produced by computer-aided transcription(CAT).