June 5, 2004



United States District Court
Southern District of Florida
Honorable Judge Patricia Seitz

Dear Honorable Judge Seitz,

    My name is John O'Sullivan and I stood before your honorable court on June 22, 2002. I was given a sentence of 11 months which I served. You also gave me probation for three years. The probation was that I complete 300 hours of community service, participate in an approved treatment program for mental health/substance abuse, and a fine of $1,000. dollars. I have successfully completed all of the above. I would like to ask you at this time to confer with My probation officer to inquire about my exemplary performance while on Supervised release I pray that the court will consider all the facts and grant me Termination from supervised release after 24 months.
    Thank you for your time and consideration.

Respectfully submitted,
John O'Sullivan Doc# 00-6309-cr-Seitz
*[signature]* 954 242 0820

Probation officer: Marilyn Calvache
                   299 East Broward Blvd.
                   Ft Lauderdale, Fla 33301
                   Suite 409
                   954-769-5515