UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN O'SULLIVAN,
_____/

FILED by _____ D.C.

JUN 21 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DENYING MOTION FOR EARLY TERMINATION

This matter came before the Court on Defendant's *pro se* Letter dated June 5, 2004 construed as a Motion for Early Termination of Supervised Release. Upon a review of the docket, it appears Defendant has been on supervised release for approximately one year. The Court will consider a motion for early termination "**after** completion of 24 months of exemplary performance on supervised release." (See Special Conditions of Judgment entered June 14, 2002.) Therefore, it is

ORDERED that Defendant's Motion is DENIED.

DONE AND ORDERED in Miami, Florida, this 21st day of June, 2004.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Diana Fernandez, AUSA
John O'Sullivan, 11260 N.W. 52nd Street, Coral Springs, FL 33076
Marilyn Calvache, USPO

