June 23rd, 2004

Honorable Judge Patricia Seitz
United States District Court

Dear Judge Seitz,

My name is John O'Sullivan and I have just received your order denying the motion for early termination of supervised release. You stated that your decision was based on the fact that I have only completed one year on supervised release. I ask you to review the docket again and you will see that July 19, 2002 was the date that supervised release started. On July 19th, 2004, twenty four months will have been completed. If needed please contact my probation officer for confirmation.
( I was incarcerated from 8/21/01 until 7/16/02)

Respectfully submitted,

John O'Sullivan

United States District Court
Southern District of Florida
Honorable Judge Patricia Seitz

Dear Honorable Judge Seitz,

My name is John O'Sullivan and I stood before your honorable court on June 22, 2002. I was given a sentence of 11 months which I served. You also gave me probation for three years. The probation was that I complete 300 hours of community service, participate in an approved treatment program for mental health/substance abuse, and a fine of $1,000. dollars. I have successfully completed all of the above. I would like to ask you at this time to confer with my probation officer to inquire about my exemplary performance while on Supervised release. I pray that the court will consider all the facts and grant me Termination from supervised release after 24 months.
Thank you for your time and consideration.

Respectfully submitted,
John O'Sullivan Doc# 00-6309-cr-Seitz

Probation officer: Marilyn Calvache
299 East Broward Blvd.
Ft Lauderdale, Fla 33301
Suite 409
954-769-5515

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN O'SULLIVAN,

ORDER DENYING MOTION FOR
EARLY TERMINATION

This matter came before the Court on Defendant's *pro se* Letter dated June 5, 2004 construed as a Motion for Early Termination of Supervised Release. Upon a review of the docket, it appears Defendant has been on supervised release for approximately one year. The Court will consider a motion for early termination "after completion of 24 months of exemplary performance on supervised release." (See Special Conditions of Judgment entered June 14, 2002.) Therefore, it is

ORDERED that Defendant's Motion is DENIED.

DONE AND ORDERED in Miami, Florida, this 21st day of June, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Diana Fernandez, AUSA
John O'Sullivan, 11260 N.W. 52nd Street, Coral Springs, FL 33076
Marilyn Calvache, USPO

FILED by _____ D.C.
JUN 21 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI