UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN O'SULLIVAN,

_____/

FILED by ___ D.C.
SEP 1 5 2004
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ORDER DENYING MOTION FOR EARLY TERMINATION

This matter came before the Court on Defendant's *pro se* Letter dated June 25, 2004 construed as a Motion for Early Termination of Supervised Release (DE # 1544). The Court has considered the request, the Government's opposition thereto, and U.S. Probation's response which states that "due to the seriousness of his offense, this officer respectfully recommends that Mr. O'Sullivan complete his full term of supervised release." Therefore, it is

ORDERED that Defendant's Motion is DENIED.

DONE AND ORDERED in Miami, Florida, this 15 day of September, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
John O'Sullivan, 11260 N.W. 52nd Street, Coral Springs, FL 33076
Marilyn Calvache, USPO